**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**LAWRENCE E. SANDERS**                                                          **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO.: 3:08CV136-NBB-DAS**

**KENNY DICKERSON, ET AL.**                                        **DEFENDANTS**

## ORDER

This matter comes before the court upon the plaintiff's motion for copies of the record in this cause. Plaintiff initially filed the instant § 1983 action in December 2008, alleging that he was being illegally detained and prosecuted in Marshall County, Mississippi. This case was dismissed without prejudice on March 10, 2009, after the plaintiff's failure to keep the court advised of his address rendered communication with him impossible. Plaintiff had no further communication with the court until he filed the instant motion on or about July 27, 2016, requesting that the court forward him "papers, letters, motions, petitions, etc." submitted and/or filed in this matter, along with all information that the court forwarded to the Federal Bureau of Investigation ("FBI").

Upon due consideration, the instant motion [8] is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's request for all orders entered by the court is **GRANTED**, and the Clerk is directed to forward the plaintiff a copy of all orders entered in this cause, along with a copy of the current docket sheet. However, the court finds no reason to require the Clerk to provide the plaintiff with a copy of documents he submitted to the court, and that request, along with the

plaintiff's request for information sent to the FBI[1], is **DENIED**.

      **SO ORDERED** this the 1st day of August, 2016.

                                                  __s/ David A. Sanders_____
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The court advises the plaintiff that it has not forwarded any information to the FBI with regard to this cause.